September 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROGER D. BURKS, Appellant

NO. 14-14-00740-CV                    V.

XL SPECIALTY INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, XL Specialty Insurance Company, signed August 14, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment to appellee on appellant's, Roger D. Burks's, claim for breach of contract. We therefore order that the portion of the judgment granting appellee's motion for summary judgment on appellant's claim for breach of contract is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.